NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROMPTU SYSTEMS CORPORATION,**
*Appellant*

**v.**

**COMCAST CABLE COMMUNICATIONS, LLC,**
*Appellee*

---

2019-2368, 2019-2369

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00342, IPR2018-00343.

---

Decided: January 17, 2024

---

JOSEPH MICHAEL SCHAFFNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellant. Also represented by JOSHUA GOLDBERG, Washington, DC; JACOB ADAM SCHROEDER, Palo Alto, CA.

MARK ANDREW PERRY, Weil, Gotshal & Manges LLP, Washington, DC, argued for appellee. Also represented by JOSHUA HALPERN; JAMES L. DAY, JR., Farella Braun & Martel LLP, San Francisco, CA.

---

Before MOORE, *Chief Judge*, PROST and TARANTO, *Circuit Judges*.

MOORE, *Chief Judge*.

In light of our decision in *Promptu Sys. Corp. v. Comcast Cable Commc'ns, LLC*, No. 20-1253 (Fed. Cir. Jan. 16, 2024), we dismiss Appeal Nos. 19-2368 and 19-2369 as moot.

**DISMISSED**

COSTS

No costs.